1

2

3

4

5

6

7                                UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WASHINGTON
8                                        AT TACOMA

9       CHARLES VERNON,

10                    Plaintiff,

                                                    Case No. C07-5585RBL
11              v.

                                                    ORDER ADOPTING REPORT
12      STATE OF WASHINGTON *et al.*,                AND RECOMMENDATION

13                    Defendants.

14

15          The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of

16  Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the

17  remaining record, does hereby find and ORDER:

18          (1)     The Court adopts the Report and Recommendation;

19          (2)     This action is **DISMISSED WITH PREJUDICE** prior to service for failure to state
                    a claim.  **THIS DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28**
20                  **U.S.C. 1915 (g).**

21          (3)     The Clerk is directed to send copies of this Order to plaintiff,, and to the Hon. J.
                    Kelley Arnold.

22

23          DATED this 21st day of December, 2007.

24

25          _____
            RONALD B. LEIGHTON
26          UNITED STATES DISTRICT JUDGE

27

28  Order- 1