# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHARLES VERNON

        v.

STATE OF WASHINGTON, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5585RBL

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. This action is DISMISSED WITH PREJUDICE prior to service for failure to state a claim. THIS DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. 1915 (g).

December 21, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk